BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:16-po-00075-CKD |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS VIOLATION NOTICE 3284053/CA52 |
| v. | ) ) | |
| PETER A. GARCIA, | ) | DATE:  April 12, 2016 |
| | ) | TIME:   9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00075-CKD relating to Violation Number 3284053/CA52 without prejudice is GRANTED. The United States Attorney's Office is directed to notify the defendant of the court's dismissal of this case; the Clerk's Office is not required to complete service by mail on the defendant.

IT IS SO ORDERED.

Dated:  April 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1